IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERIFA BELABBAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INOVA SOFTWARE INC., FRITZ ) <br> EISENHART, in his individual and ) <br> professional capacities, and GILLES ) <br> TOULEMONDE, in his individual and ) <br> professional capacities, ) <br> ) <br> Defendants. ) | Case No. 1:16-cv-07379-JPM |

**ORDER GRANTING EXTENSION**
**ORDER SETTING HEARING**

Before the Court is Defendants' Consent Letter Motion for Extension of Time, filed on February 10, 2020. (ECF No. 243.) The Court held a telephonic hearing on the Motion on February 14, 2020. (ECF No. 246.)

The motion indicates that parties "have agreed in principle to settle all remaining disputes with respect to the judgment and the Application, and are in the process of finalizing a settlement agreement," and request a 30 day extension of their filing deadlines for opposing Plaintiff's application for fees and costs, altering or amending the judgment, or seeking a new trial. (ECF No. 243.) For good cause shown, this motion is **GRANTED**. Said deadlines are extended 30 days.

2

In the interest of reaching a final resolution in this matter, the Court hereby **SETS** a follow-up conference that Plaintiff Ms. Belabbas is required to telephonically attend on March 6, 2020 at 8:45 a.m. CST / 9:45 a.m. EST.

**SO ORDERED**, this 14th day of February, 2020.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE