IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERIFA BELABBAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INOVA SOFTWARE INC., FRITZ ) <br> EISENHART, in his individual and ) <br> professional capacities, and GILLES ) <br> TOULEMONDE, in his individual and ) <br> professional capacities, ) <br> ) <br> Defendants. ) | Case No. 1:16-cv-07379-JPM |

## ORDER RESETTING STATUS CONFERENCE

Before the Court is Defendants' Consent Letter Motion for Extension of Time, filed on February 10, 2020. (ECF No. 243.) The Court held a telephonic hearing on the Motion on February 14, 2020. (ECF No. 246.) At the Conference, the Court set a follow-up conference that Plaintiff Ms. Belabbas was required to telephonically attend on March 6, 2020 at 8:45 a.m. CST / 9:45 a.m. EST.

Due to the Court's schedule, the Court will **CONTINUE** the telephonic hearing to Friday, March 30, 2020 at 2:00 p.m. CST / 3:00 p.m. EST. Ms. Belabbas is still required to attend telephonically.

**SO ORDERED**, this 3rd day of March, 2020.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE