**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHERIFA BELABBAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INOVA SOFTWARE INC., FRITZ ) <br> EISENHART, in his individual and ) <br> professional capacities, and GILLES ) <br> TOULEMONDE, in his individual and ) <br> professional capacities, ) <br> ) <br> Defendants. ) | Case No. 1:16-cv-07379-JPM |

**ORDER CANCELLING CONFERENCE**

Before the Court is Defendants' Letter Motion to Adjourn Conference, filed on April 28, 2020. (ECF No. 253.) Because the parties have filed a Stipulation of Dismissal (ECF No. 252), the telephonic hearing scheduled Thursday, April 30, 2020 is **CANCELLED**.

**SO ORDERED**, this 28th day of April, 2020.

 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE